UNITED STATES of America, Plaintiff–Appellee,

v.

Mauricio ROSALES–GONZALEZ, also known as Chaparro; et al., Defendant–Appellant.

No. 07–30062.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008 *.

Filed Sept. 9, 2008.

Helen J. Brunner, Esq., Todd L. Greenberg, Esq., USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

---

*\* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).*

Suzanne Lee Elliott, Esq., Law Offices of Suzanne Lee Elliott, Mark A. Larranaga, Esq., Walsh & Larranaga, Seattle, WA, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Mauricio Rosales–Gonzalez appeals from his guilty-plea conviction and 70–month sentence for conspiracy to distribute cocaine, heroin, and methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rosales–Gonzalez's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**